UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ELI HOLLEY,

    Plaintiff,

v.                                CASE NO. 5:18cv247-MCR-MJF

WHITEHEAD, et al.,

    Defendants.
    _____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 30, 2019. ECF No. 16. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). As of this date, no objections have been filed.

After consideration of this matter, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with two court orders and failure to prosecute.

3. The clerk of the court shall close the case file.

**DONE AND ORDERED** this 29th day of January 2020.

 

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**